IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT AT WINCHESTER, TENNESSEE

| | |
|---|---|
| FORREST BENJAMIN BLACKBURN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-4 |
| ) | |
| FORD MOTOR COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL

Come the parties and stipulate that this case is dismissed pursuant to Fed. R. Civ. P. 41.

Respectfully submitted, this 2nd day of May, 2006.

    ROGERS & DUNCAN

BY:   s/ Christina Henley Duncan
       J. Stanley Rogers (# 2883)
       Christina Henley Duncan (#13778)
       Attorneys for Plaintiff
       100 North Spring Street
       Manchester, TN 37355
       (931) 728-0820

    BAKER, DONELSON, BEARMAN, CALDWELL
    & BERKOWITZ, P.C.

BY:   s/ Sarah C. McBride
       Sarah C. McBride (#021418)
       Attorney for Defendant
       Commerce Center, Suite 1000
       211 Commerce Street
       Nashville, TN 37201
       (615) 726-5600

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and exact copy of the foregoing Stipulation of Dismissal has been served electronically upon the counsel for parties in interest herein, or by mailing same to the offices of said counsel by United States Mail with sufficient postage thereon to carry the same to its destination:

       J. Stanley Rogers, Esq.
       Christina Henley Duncan, Esq.
       100 North Spring Street
       Manchester, Tennessee 37355
       (931) 728-0820

       Attorneys for Plaintiff

       s/ Sarah C. McBride
       Sarah C. McBride

Dated: May 2, 2006.

2

N EAR 578905 v1
2824771-000551 05/02/2006

Case 4:06-cv-00004   Document 10   Filed 05/02/06   Page 2 of 2   PageID #: <pageID>